**Vesna PETROVIC,**
**Employee/Claimant/Appellant,**

v.

**BAUSCH & LOMB, Employer,**

**and**

**Treasurer of the State of Missouri, as**
**Custodian of the Second Injury Fund,**
**Additional Party/Respondent.**

**No. ED 96643.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 22, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 10, 2012.

Application for Transfer Denied
March 6, 2012.

---

1. Unless otherwise indicated, all further statu- tory references are to RSMo 1986.

Frank J. Niesen, Jr., St. Louis, MO, for Appellant.

Chris Koster, Atty. Gen., Todd L. Metheny, Jr., St. Louis, MO, for Respondent, Second Injury Fund.

Maria W. Campbell, St. Louis, MO, for Respondent, Bausch & Lomb.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

## ORDER

PER CURIAM.

Vesna Petrovic ("Claimant") appeals from the Labor and Industrial Relations Commission's ("Commission's") Final Award Allowing Compensation ("Final Award"), denying Claimant permanent total disability benefits from the Second Injury Fund ("SIF"). We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).